**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

Eastern District of Kentucky
**F I L E D**

NOV - 1 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CIVIL ACTION NO. 15-143-WOB-CJS**

S.R., a minor, by and through his next friend
and mother, T.R.,
L.G., a minor, by and through her next friend
and mother, L.J.                                          PLAINTIFFS

V.

Kenton County Sheriff's Office,
Charles Korzenborn,
Kevin Sumner,
Kenton County, Kentucky                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL

A settlement conference was held on April 13, 2018 before Magistrate Judge J. Gregory

Wehrman with the following appearances: plaintiffs Lakisha Jackson and Tracey Posey, along with

Kenyon Meyer, Claudia Center, and Amy Cubbage, plaintiffs' attorneys; Stacy Tapke, Kenton

County Attorney and Joe Shriver on behalf of defendants, Kenton County, along with Chris Nordloh,

Drew Harris and Justin Sanders, attorneys for defendants. The parties have advised the Court that

all matters in controversy have been amicably resolved, accordingly;

**IT IS ORDERED AND ADJUDGED** that the complaint and amended complaint be

dismissed with prejudice, each party to pay their own costs.

This 1st day of Nov., 2018.

William O. Bertelsman
WILLIAM O. BERTELSMAN, JUDGE

1

HAVE SEEN AND AGREED:


_____
TRACEY POSEY, mother and next friend of
plaintiff S.R., a minor


_____
LAKISHA JACKSON, mother and next friend of
plaintiff L.G., a minor


_____
R. KENYON MEYER, Attorney for Plaintiffs


_____
CLAUDIA CENTER, Attorney for Plaintiffs


_____
AMY D. CUBBAGE, Attorney for Plaintiffs


_____
CHRISTOPHER S. NORDLOH, Attorney for
Defendants


_____
DREW C. HARRIS, Attorney for Defendants


_____
JUSTIN A. SANDERS, Attorney for Defendants

2